**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ramon CINTRON, Petitioner.**

Supreme Court of Pennsylvania.

June 27, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of June, 2013, the Petition for Allowance of Appeal is **GRANTED,** limited to the issue upon which we order remand; the judgment of sentence is **VACATED;** and the case is **REMANDED** to the trial court for reconsideration in a manner consistent with *Commonwealth v. Batts,* —— Pa. ——, 66 A.3d 286 (2013).